

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00302-CR

Nicanor C. **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7395
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The State has filed a motion to abate this appeal and remand the cause to the trial court with orders to sign findings of fact and conclusions of law. We GRANT the motion, abate this appeal, and remand the cause to the trial court so that the trial court can sign findings of fact and conclusions of law in accordance with *State v. Cullen*, 195 S.W.3d 696, 699-70 (Tex. Crim. App. 2006). We ORDER the trial court to sign its findings of fact and conclusions of law on or before **October 29, 2018**. We ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law on or before **November 6, 2018**. Appellate deadlines are suspended pending further order of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court